## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION - CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUMOND HENDERSON,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO. **1125CR 056**<br><br>JUDGE **J. HOPKINS**<br><br>**INDICTMENT**<br><br>18 U.S.C. § 1001<br>42 U.S.C. § 408(a)(7)(B)<br>18 U.S.C. § 1028A |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (False Statement)

On or about February 3, 2021, in the Southern District of Ohio, the defendant,

**DUMOND HENDERSON**, in a matter within the jurisdiction of the executive branch of the

Government of the United States, did knowingly and willfully make a materially false, fictitious,

and fraudulent statement and representation: to wit, on an application for a Paycheck Protection

Program loan, he answered "no" to the question, "Within the last 5 years, for any felony

involving fraud, bribery, embezzlement, or a false statement in a loan application or an

application for federal financial assistance, or within the last year, for any other felony, has the

Applicant (if an individual) or any owner of the Applicant 1) been convicted; 2) pleaded guilty;

3) pleaded nolo contendere; or 4) commenced any form of parole or probation (including

probation before judgment)?" The statement and representation was false because, as

**DUMOND HENDERSON** then and there knew, he pleaded guilty to insurance fraud (a felony)

1

on May 6, 2020 and was sentenced to a term of probation on June 10, 2020 in Butler County Common Pleas case CR2019-11-1799.

**In violation of 18 U.S.C. § 1001.**

## COUNT 2
### (False Statement)

On or about April 9, 2021, in the Southern District of Ohio, the defendant, **DUMOND HENDERSON**, in a matter within the jurisdiction of the executive branch of the Government of the United States, did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation: to wit, on an application for a Paycheck Protection Program loan, he answered "no" to the question, "Within the last 5 years, for any felony involving fraud, bribery, embezzlement, or a false statement in a loan application or an application for federal financial assistance, has the Applicant (if an individual) or any owner of the Applicant 1) been convicted; 2) pleaded guilty; 3) pleaded nolo contendere; or 4) commenced any form of parole or probation (including probation before judgment)?" The statement and representation was false because, as **DUMOND HENDERSON** then and there knew, he pleaded guilty to insurance fraud (a felony) on May 6, 2020 and was sentenced to a term of probation on June 10, 2020 in Butler County Common Pleas case CR2019-11-1799.

**In violation of 18 U.S.C. § 1001.**

2

**COUNTS 3-18**
**(Social Security Number Fraud)**

On or about the dates listed below, in the Southern District of Ohio, the defendant,

**DUMOND HENDERSON**, for the purpose of obtaining for himself and any other person

anything of value from any person, and for any other purpose, did, with intent to deceive, falsely

represent a number to be the social security account number assigned by the Commissioner of

Social Security to him, when in fact, such number was not the social security account number

assigned by the Commissioner of Social Security to him:

| COUNT | DATE | DESCRIPTION AND SOCIAL SECURITY NUMBER |
|---|---|---|
| 3 | June 6, 2021 | Application for Certificate of Title to a Motor Vehicle (xxx-xx-6735) |
| 4 | June 6, 2021 | General Electric Credit Union Membership/Share Application (xxx-xx-6735) |
| 5 | June 6, 2021 | Credit Application (xxx-xx-6735) |
| 6 | June 18, 2021 | General Electric Credit Union Deposit Account Application (xxx-xx-6735) |
| 7 | June 24, 2022 | General Electric Credit Union application for credit card (xxx-xx-6735) |
| 8 | July 8, 2022 | General Electric Credit Union Business/Organization Application (xxx-xx-6735) |
| 9 | July 8, 2022 | General Electric Credit Union Certification of Beneficial Owner(s) Form (xxx-xx-6735) |
| 10 | July 12, 2022 | General Electric Credit Union Commercial Loan Application (xxx-xx-6735) |
| 11 | October 21, 2022 | General Electric Credit Union Commercial Loan Application (xxx-xx-6735) |
| 12 | October 21, 2022 | Purported 2021 U.S. Individual Income Tax Return submitted to General Electric Credit Union (xxx-xx-6735) |

3

| COUNT | DATE | DESCRIPTION AND SOCIAL SECURITY NUMBER |
|---|---|---|
| 13 | October 21, 2022 | Purported 2021 Ohio Individual Income Tax Return submitted to General Electric Credit Union (xxx-xx-6735) |
| 14 | June 5, 2023 | General Electric Credit Union Deposit Account Application (xxx-xx-7752) |
| 15 | June 8, 2023 | General Electric Credit Union Business/Organization Application (xxx-xx-7752) |
| 16 | June 8, 2023 | General Electric Credit Union Certification of Beneficial Owner(s) Form (xxx-xx-7752) |
| 17 | June 17, 2023 | General Electric Credit Union Loan Application (xxx-xx-7752) |
| 18 | February 2, 2024 | General Electric Credit Union Deposit Account Application (xxx-xx-3770) |

**In violation of 42 U.S.C. § 408(a)(7)(B).**

## COUNTS 19-23
### (Aggravated Identity Theft)

On or about the dates listed below, in the Southern District of Ohio, the defendant,

**DUMOND HENDERSON**, did knowingly transfer, possess, and use, without lawful authority, a

means of identification of another person during and in relation to a felony violation enumerated

in 18 U.S.C. § 1028A(c), to wit: Social Security Number Fraud, in violation of 42 U.S.C.

§ 408(a)(7)(B), knowing that the means of identification belonged to another actual person:

| COUNT | DATE | DESCRIPTION AND SOCIAL SECURITY NUMBER |
|---|---|---|
| 19 | June 5, 2023 | General Electric Credit Union Deposit Account Application (xxx-xx-7752) |
| 20 | June 8, 2023 | General Electric Credit Union Business/Organization Application (xxx-xx-7752) |
| 21 | June 8, 2023 | General Electric Credit Union Certification of Beneficial Owner(s) Form (xxx-xx-7752) |
| 22 | June 17, 2023 | General Electric Credit Union Loan Application (xxx-xx-7752) |
| 23 | February 2, 2024 | General Electric Credit Union Deposit Account Application (xxx-xx-3770) |

**In violation of 18 U.S.C. § 1028A.**

**A TRUE BILL.**

_____
**FOREPERSON**

**KELLY A. NORRIS**
**ACTING UNITED STATES ATTORNEY**

_____
**TIMOTHY LANDRY, MA 669554**
**SPECIAL ASSISTANT UNITED STATES ATTORNEY**



5